**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

|  |  |
|---|---|
| ANA GEIGEL-CRUZSOTO<br>      Plaintiff,<br><br>v.<br><br>PERFORMANT RECOVERY, INC, et al.<br>      Defendants, | )<br>)<br>)<br>)<br>) Civil Action No. 5:12-cv-00200-C<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits without prejudice, without costs, disbursements or attorney's fees to any party.

**CONSUMER RIGHTS LAW FIRM, PLLC**

Dated: 5/6/13

By /s/  Kevin V. K. Crick
Kevin V. K. Crick, Esq.
Massachusetts BBO# 680950
300 Brickstone Square, Suite 902
Andover, MA 01810
Phone: (978) 212-3300
Fax#1: (888) 712-4458
Fax#2: (978) 409-1846
Email: kevinc@consumerlawfirmcenter.com

**DUNN FIRM, P.C.**

Dated: 5/6/13

By /s/  Steven R. Dunn
Steven R. Dunn, Esq.
12802 North Central Expressway
Suite 250
Dallas, Texas 75243
Tel. (214) 692-5533
Fax. (214) 692-5534
Email: steven@dunnlawfirm.net

**PROOF OF SERVICE**

    I hereby certify that on May 6, 2013, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

                                                                              /s/ Kevin V. K. Crick, Esq.