IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| ANA GEIGEL-CRUZSOTO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PERFORMANT RECOVERY, INC., | ) | |
| JOHN DOES, and JANE DOES, | ) | |
| | ) | |
| Defendants. | ) | Civil Action No. 5:12-CV-200-C |

## ORDER OF DISMISSAL

The Court having considered the Stipulation of Dismissal Without Prejudice, filed May 6, 2013,

IT IS ORDERED that this cause is **DISMISSED** without prejudice, with costs taxed against the party incurring same.

Dated May 6, 2013.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE